**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JERRY WAYNE ROBERTS,**                                      **PLAINTIFF,**

**VS.**                                     **CIVIL ACTION NO. 1:03CV636–P-D**

**FMC TECHNOLOGIES, INC.,**                                **DEFENDANT.**

## ORDER

In accordance with a Memorandum Opinion entered this day, **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Complete Summary Judgment [27-1] is hereby **DENIED**.

**SO ORDERED** this the 21st day of June, A.D., 2005.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE